IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00056-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

12. JOSE RAMIREZ-LOPEZ,

    Defendant.

_____

ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Jose Ramirez-Lopez, inmate number 0000669574, before a United States Magistrate Judge forthwith for proceedings and appearances upon the outstanding Federal warrant from charges in U.S. v. Jose Garcia-Sanchez, case number 09-cr-00056-PAB, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this 19th day of April, 2010.

                                BY THE COURT:

                                *Michael E. Hegarty*

                                Michael E. Hegarty
                                United States Magistrate Judge