# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 18, 2011 |
| Court Reporter: Janet Coppock | Time: 30 minutes |
| Probation Officer: Caryl Ricca | Interpreter: n/a |

**CASE NO.  09-CR-00056-PAB-12**

<u>Parties</u>                                                                               <u>Counsel</u>

**UNITED STATES OF AMERICA,**                           MJ Menendez
                                                                                   Aurora Police Officer Michael Prince


         Plaintiff,

vs.

**12.  JOSE RAMIREZ-LOPEZ,**                                 Marc Milavitz




         Defendant.

## SENTENCING

**9:05 a.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
09-CR-00056-PAB-12
November 18, 2011

Argument by Ms. Menendez in support of Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (Doc #872), filed 11/4/11.

Comments by Mr. Milavitz.

Court states its findings.

**ORDERED:** Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (Doc #872), filed 11/4/11 is **GRANTED**.

Mr. Milavitz addresses sentencing.

Ms. Menendez addresses sentencing.

Court states its findings and conclusions.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **August 2, 2011** to count **One of the Information.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **22** months.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **an institution with a substance abuse program.**

**ORDERED:** Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** Government's Motion to Dismiss Count One (Doc #857), filed 10/12/11 is **GRANTED.**

Page Two
09-CR-00056-PAB-12
November 18, 2011

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**9:35 a.m.     COURT IN RECESS**

**Total in court time:        30 minutes**

**Hearing concluded**